RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

BORIS BOURGET (OSB# 172172)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-307-2182 (v)
202-307-0054 (f)
Boris.Bourget@usdoj.gov

*Of Counsel:*
BILLY J. WILLIAMS
U.S. Attorney, District of Oregon

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:18-cv-00556 |
| | ) | |
| Plaintiff, | ) | **COMPLAINT** |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES W. BULLER; | ) | |
| CLACKAMAS COUNTY; | ) | |
| OREGON DEPARTMENT OF REVENUE; | ) | |
| OREGON EMPLOYMENT DEPARTMENT; | ) | |
| BRIAN R. BOLING and ERIN B. BOLING; | ) | |
| Individually and as trustees of the BRIAN | ) | |
| R. BOLING AND ERIN B. BOLING | ) | |
| REVOCABLE LIVING TRUST; OREGON | ) | |
| BUREAU OF LABOR AND INDUSTRIES; | ) | |
| EDUARDO GUTIERREZ MENDEZ; | ) | |
| COLUMBIA EQUINE HOSPITAL PC; | ) | |
| HOBBY HORSE ENTERPRISES, INC.; | ) | |
| THE COHEN LAW GROUP PC; THE | ) | |
| RIVERS EDGE, INC.; HARDWOOD | ) | |
| INDUSTRIES, INC.; and KATHRYN A. | ) | |
| HALL; | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

1. By this timely suit, the United States seeks to reduce to judgment federal tax liabilities assessed against Charles W. Buller ("Mr. Buller") and to foreclose certain federal tax liens on property belonging to Mr. Buller located at 13645 Holcomb Blvd. Oregon City, OR 97045 (the "Subject Property").

## Authorization for Suit

2. Pursuant to 26 U.S.C. § 7401 and 7403, this action is filed with the authorization, and at the request, of the Secretary of the Treasury of the United States, acting through his delegate, the Associate Area Counsel of the Internal Revenue Service. The United States' Complaint is filed at the direction of the Attorney General of the United States.

## Jurisdiction and Venue

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402(a) and 7403.

4. Venue is proper in the District of Oregon pursuant to 28 U.S.C. §§ 1391(b) and 1396 because Mr. Buller's federal tax liabilities accrued in the District, he resides in the District, and the real property at issue in this case is located within the District.

## The Subject Property

5. The Subject Property is a commercial lot approximately .44 acres in size with a warehouse structure.

6. The Subject Property is divided into three separate parcels.

7. The legal description of the Subject Property is as follows:

PARCEL I:

A portion of the George Abernathy Donation Land Claim No. 58, in Township 2 South, Range 2 East, of the Willamette Meridian, in the County of Clackamas and State of Oregon, being that certain tract conveyed to the County of Clackamas by Deed recorded July 14, 1891, in Book 43, Page 199, Clackamas County Deed Records, described as follows:

Beginning at an iron pipe that is North 35° 50' West a distance of 30 feet from the initial point of the resurvey of the Moss Hill and Harding Mill Road, said initial point being North 27° 15' East a distance of 623.42 feet from the Northwest corner of the Ezra Fisher Claim No. 44 in Township 2 South, Range 3 East, of the Willamette Meridian; thence North 32° 10' 45" West along the Westerly line of said County Tract (deed bearings North 30° 40' West) 125.40 feet to an iron pipe; thence North 10° 51' 15" East along the Westerly line of said County Tract (Deed bearings North 12° 22' East) a distance of 34.40 feet; thence South 85° 05' 45" East along the Northerly line of said County Tract (Deed bearings South 83° 35' East) a distance of 233.50 feet to an iron pipe; thence South 4° 22' 15" West along the Easterly line of said County Tract (Deed bearings South 5° 53' West a distance of 136.70 feet to the Northerly boundary of the Moss Hill and Harding Mill Road; thence North 84° 38' 45" West along the Southerly line of said County Tract (Deed bearings North 85° 08' West) also being the North boundary of said road, 162.50 feet to the place of beginning.

EXCEPTING THEREFROM a tract of land situated in the Southeast one-quarter of Section 29, Township 2 South, Range 2 East of the Willamette Meridian, being more particularly described as follows, to wit:

Beginning at a 5/8" iron rod which bears North 85° 05' 45" West 199.10 feet from the Northeast corner of that certain tract of land conveyed to Clackamas County as Recorded in Book 43, Page 199, Clackamas County Deed Records, Clackamas County, Oregon: thence continuing North 85° 05' 45" West 34.40 feet to a 5/8 inch iron rod; thence South 10° 51' 15" West 34.40 feet to a 5/8" iron rod; thence North 52° 52' 45" East 51.11 feet to the place of beginning.

PARCEL II:

A portion of the George Abernathy Donation Land Claim No. 58 and the Hiram Straight Donation Land Claim No. 42, in Township 2 South, Range 2 East, of the Willamette Meridian, Clackamas County, Oregon, described as follows:

Beginning at the Northeast corner of that certain tract conveyed to Clackamas County by Deed Recorded July 14, 1891, in

Book 43, page 199, Clackamas County Deed Records; thence South 4° 22' 15" West tracing the Easterly line of said tract (Deed bearings South 5° 53' West) a distance of 136.70 feet to the Northerly boundary of the Moss Hill and Harding Mill Road; thence South 55° 51' East along the Northerly boundary of said County Road a distance of 83.58 feet to its intersection with the Westerly boundary of that second described tract conveyed to William Kruger and Augusta Kruger, his wife, by Deed Recorded August 8, 1912, in Book 124, Page 460, Clackamas County Deed Records; thence North 6° 00' East along the Westerly line of said Kruger Tract a distance of 235.64 feet, to an iron pipe in the Southerly line of said Hiram Straight Donation Land Claim and point of beginning of said above mentioned second described tract; thence North 22° 30' East along the Westerly line of the first described tract in said deed in Book 124, page 460, Clackamas County Deed Records, a distance of 297.10 feet to the Northwest corner of said first described tract; thence North 67° 30' West at right angles to said last described line a distance of 150 feet; thence South 22° 30' West along a line drawn parallel with the Easterly line of the herein described tract a distance of 318.8 feet to a point which is North 75° 45' West a distance of 151.57 feet from the Northwest corner of the said second described tract in Book 124, Page 460, Clackamas County Deed Records; thence South 6° 00' West a distance of 82.68 feet to a point in the Northerly line of said Clackamas County tract; thence South 85° 05' 45" East a distance of 72.44 feet to the point of beginning.

PARCEL 3:

A Tract of land situated in the Southeast one-quarter of Section 29, Township 2 South, Range 2 East, of the Willamette Meridian, Clackamas County, Oregon, described as follows:

Beginning at a 1" iron pipe in the Westerly boundary of that certain tract of land conveyed to W.M. Kruger as Recorded August 8, 1912 in Book 124, Page 46, Clackamas County Deed Records, which iron pipe is further identified as being North 84° 00' West 1544.4 feet from the Southeast corner of the Hiram Straight Donation Land Claim No. 42, from said place of beginning; thence South 06° 00' West along said Westerly boundary of W.M. Kruger 167.19 feet to a 5/8" iron rod; thence continuing South 06° 00' West along said Westerly line 68.45 feet to the Northerly right-of-way line of the Oregon City Redland Road; thence leavings said Northerly right-of-way line, North 15° 12' 30" East 91.20 feet to a 5/8" iron rod; thence continuing North 15° 12' 30" East 426.11 feet to the Northwesterly corner of said W.M. Kruger Tract; thence South 22° 30' West 397.10 feet to the place of beginning.

EXCEPTING FROM Parcels I, II and III shown above, that portion thereof conveyed to the State of Oregon, by and through its Department of Transportation, Highway Division, by Deed Recorded June 8, 1981, as Recorder's Fee No. 81-19807, Clackamas County Records.

8.  Mr. Buller acquired the property from James R. McAllister and Karen L. McAllister for $170,000 by statutory warranty deed dated July 5, 1985 in Clackamas County.

9.  The deed was re-recorded on January 15, 1986 to correct the legal description of the property.

10. Mr. Buller and the Boling Trust hold the property as tenants in common.

**Defendants**

11. Mr. Buller is an individual named as a defendant because he has unpaid federal tax liabilities and has or may claim ownership in the Subject Property. Mr. Buller's address is 20580 South Lower Highland Road, Beavercreek, OR 97004.

12. Clackamas County is a municipality named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may have an interest in the Subject Property. Clackamas County is located at 2051 Kaen Road, Oregon City, Oregon 97045.

13. The Oregon Department of Revenue (the "DOR") is a government agency named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may have an interest in the Subject Property. The DOR is located at 955 Center Street NE, Salem, OR 97301.

14. The Oregon Employment Department ("OED") is a government agency named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may have an interest in the Subject Property. The OED is located at 875 Union St. NE, Salem, OR 97311.

15. Brian R. Boling ("Mr. Boling") and Erin B. Boling ("Mrs. Boling"), Trustees of Brian R. Boling and Erin B. Boling Revocable Living Trust (the "Boling Trust") are named as defendants pursuant to 26 U.S.C. § 7403(b) because they or the Boling Trust may have an interest in the Subject Property. Mr. and Mrs. Boling reside at 17940 Deercreek Ct. NE, Portland, OR 97229.

16. The Oregon Bureau of Labor and Industries (the "Oregon BLI") is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may have an interest in the Subject Property. The Oregon BLI is located at 800 NE Oregon St., Suite 1045, Portland, OR 97232.

17. Eduardo Gutierrez Mendez is an individual named as a defendant pursuant to 26 U.S.C. § 7403(b) because he may have an interest in the Subject Property. Mr. Mendez is represented by Mark J. Wilk whose office is located at 230 W. Hayes Street Woodburn, Oregon 97071.

18. Columbia Equine Hospital PC is an Oregon Corporation named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may have an interest in the Subject Property. Columbia Equine Hospital PC is located at 27841 SE Orient Drive, Gresham, OR 97080.

19. Hobby Horse Enterprises, Inc. is a Rhode Island corporation named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may have an interest in the Subject Property. Hobby Horse is located at 2144 Broad Street Cranston, RI 02905.

20. The Cohen Law Group PC is a Colorado corporation that dissolved on January 20, 2015. The Cohen Law Group PC is named as a defendant pursuant to 26

U.S.C. § 7403(b) because it may have an interest in the Subject Property. Its former address is 110 Snyder Street 2nd Floor Nederland, Colorado 80466.

21. The Rivers Edge, Inc. ("Rivers Edge") is a Colorado Corporation named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may have an interest in the Subject Property. Rivers Edge is located at 39681 Swift Creek Circle, Elizabeth, CO 80107.

22. Hardwood Industries, Inc. ("Hardwood") is an Oregon Corporation named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may have an interest in the Subject Property. Hardwood is located at 20548 SW Wildrose Pl., Sherwood, OR 97140.

23. Kathryn A. Hall is an individual named as a defendant pursuant to 26 U.S.C. 7403(b) because she may have an interest in the Subject Property. Upon information and belief, Ms. Hall is an attorney with a principal place of business at 205 E. Main Street, Suite 6, Hillsboro, OR 97123.

**Mr. Buller's Federal Tax Liabilities**

24. Mr. Buller is personally liable for Trust Fund Recovery Penalties ("TFRPs") established under 26 U.S.C. § 6672.

25. As President of Park Place Wood Products, Inc., ("Park Place") from at least January 1, 2008, to September 30, 2011, Mr. Buller was responsible for paying over taxes withheld from employee wages and willfully failed to do so.

26. From at least January 1, 2008 to September 30, 2011, Mr. Buller was responsible for firing and hiring workers on behalf of Park Place.

27. From at least January 1, 2008 to September 30, 2011, Mr. Buller had signing authority on Park Place's bank accounts and signed checks drawn on those accounts.

28. Mr. Buller became immediately aware that Park Place was delinquent on paying over employee withholdings.

29. Rather than pay Park Place's delinquent taxes, Mr. Buller directed company funds to pay for utility bills and other business expenses.

30. On May 3, 2010, a duly authorized delegate of the Secretary of the Treasury made a timely assessment against Mr. Buller in the amount of $352,958.48 in TFRPs for failing to pay over employee withholdings for all four calendar quarters in 2008, and the first calendar quarter of 2009.

31. On June 28, 2010, a duly authorized delegate of the Secretary of the Treasury made a timely assessment against Mr. Buller in the amount of $106,364.25 in TFRPs for failing to pay over employee withholdings for the second and third calendar quarters of 2009.

32. On May 16, 2011, a duly authorized delegate of the Secretary of the Treasury made a timely assessment against Mr. Buller in the amount of $80,394.77 in TFRPs for failing to pay over employee withholdings for the second and third calendar quarters of 2010.

33. On May 21, 2012, a duly authorized delegate of the Secretary of the Treasury made a timely assessment against Mr. Buller in the amount of $45,201.65 in TFRPs for failing to pay over employee withholdings for the fourth calendar quarter of 2010 and the third calendar quarter of 2011.

34. The amounts due, with interest and statutory additions through April 9, 2018 are
   listed in the table below:

| Tax Type | Period | Assessment Date | Assessment Amount | Unpaid Balance as of 4/9/2018 |
|---|---|---|---|---|
| TFRP | Q1 2008 | 5/3/2010<br>10/11/2010<br>11/4/2013<br>11/3/2014<br>11/9/2015<br>11/7/2016<br>8/7/2017 | TFRP Assessed $74,381.96<br>Collection Fee $25.00<br>Interest $7,122.34<br>Interest $1,617.16<br>Interest $1,694.60<br>Interest $1,726.75<br>Interest $1,085.48 | $40,552.23 |
| TFRP | Q2 2008 | 5/3/2010<br>11/4/2013<br>11/3/2014<br>11/9/2015<br>11/7/2016<br>11/6/2017 | TFRP Assessed $76,259.36<br>Interest $9,451.87<br>Interest $2,602.93<br>Interest $2,734.34<br>Interest $3,326.54<br>Interest $3,832.60 | $97,585.22 |
| TFRP | Q3 2008 | 5/3/2010<br>11/4/2013<br>11/3/2014<br>11/9/2015<br>11/7/2016<br>11/6/2017 | TFRP Assessed $72,693.16<br>Interest $9,009.90<br>Interest $2,481.20<br>Interest $2,606.47<br>Interest $3,170.97<br>Interest $3,659.43 | $95,237.94 |
| TFRP | Q4 2008 | 5/3/2010<br>11/4/2013<br>11/3/2014<br>11/9/2015<br>11/7/2016<br>11/6/2017 | TFRP Assessed $66,216.28<br>Interest $8,207.12<br>Interest $2,260.13<br>Interest $2,374.24<br>Interest $2,888.43<br>Interest $3,333.38 | $86,752.34 |
| TFRP | Q1 2009 | 5/3/2010<br>11/4/2013<br>11/3/2014<br>11/9/2015<br>11/7/2016<br>11/6/2017 | TFRP Assessed $63,417.72<br>Interest $7,860.23<br>Interest $2,164.62<br>Interest $2,273.89<br>Interest $2,766.37<br>Interest $3,192.50 | $83,085.84 |
| TFRP | Q2 2009 | 6/28/2010<br>11/4/2013<br>11/3/2014<br>11/9/2015<br>11/7/2016<br>11/6/2017 | TFRP Assessed $50,269.82<br>Interest $5,884.99<br>Interest $1,705.34<br>Interest $1,791.44<br>Interest $2,179.43<br>Interest $2,515.13 | $65,457.40 |

| TFRP | Q3 2009 | 6/28/2010 | TFRP Assessed $56,094.43 | |
| | | 11/4/2013 | Interest $6,566.86 | |
| | | 11/3/2014 | Interest $1,902.93 | |
| | | 11/9/2015 | Interest $1,999.01 | |
| | | 11/7/2016 | Interest $2,431.95 | $73,041.73 |
| | | 11/6/2017 | Interest $2,806.55 | |
| TFRP | Q1 2010 | 5/16/2011 | TFRP Assessed $47,974.70 | |
| | | 7/25/2011 | Collect Fee $25.00 | |
| | | 11/4/2013 | Interest $3,887.81 | |
| | | 11/3/2014 | Interest $1,575.75 | |
| | | 11/9/2015 | Interest $1,655.30 | |
| | | 11/7/2016 | Interest $2,013.81 | $60,483.18 |
| | | 11/6/2017 | Interest $2,324.02 | |
| TFRP | Q2 2010 | 5/16/2011 | TFRP Assessed $32,420.07 | |
| | | 11/4/2013 | Interest $2,120.03 | |
| | | 11/3/2014 | Interest $859.22 | |
| | | 11/9/2015 | Interest $902.60 | |
| | | 11/7/2016 | Interest $1,098.08 | $32,979.96 |
| | | 11/6/2017 | Interest $1,267.21 | |
| TFRP | Q4 2010 | 5/21/2012 | TFRP Assessed $37,424.21 | |
| | | 11/4/2013 | Interest $1,670.68 | |
| | | 11/3/2014 | Interest $1,187.26 | |
| | | 11/9/2015 | Interest $1,247.19 | |
| | | 11/7/2016 | Interest $1,517.32 | $9,621.49 |
| | | 11/6/2017 | Interest $1,308.48 | |
| TFRP | Q3 2011 | 5/21/2012 | TFRP Assessed $7,777.44 | |
| | | 11/4/2013 | Interest $347.19 | |
| | | 11/3/2014 | Interest $246.73 | |
| | | 11/9/2015 | Interest $259.19 | |
| | | 11/7/2016 | Interest $315.33 | |
| | | 11/6/2017 | Interest $363.90 | $9,470.56 |
| | | | **TOTAL** | **$654,267.89** |

## COUNT 1
### Reduce to Judgment Unpaid Federal Income Tax Assessments Made Against Charles W. Buller

35.  The United States incorporates by reference the allegations made in Paragraphs 1 through 34, above.

36. Despite proper notice and demand for payment of the tax liability described in paragraph, 34, above, Mr. Buller has neglected, failed, or refused to make full payment of the assessed amounts to the United States, and there remains due

and owing on said assessments the sum of $654,267.89 as calculated through April 9, 2018.

37. The United States is entitled to a judgment finding that Mr. Buller is liable for the full amount of these liabilities.

### COUNT 2
### Foreclose the United States' Federal Tax Liens on the Subject Property

38. The United States incorporates by reference the allegations made in Paragraphs 1 through 37, above.

39.  As a result of the unpaid assessments described in Paragraph 34, above, and, pursuant to 26 U.S.C. §§ 6321 and 6322, the United States has liens in its favor against all property and rights to property belonging to Mr. Buller as of the date of the assessments.

40. On or about August 3, 2009, a duly authorized delegate of the Secretary of the Treasury recorded a Notice of Federal Tax Lien with the Clackamas County Recorder related to the income tax liabilities (#2009-054905).

41. Under 26 U.S.C. § 7403(c), the United States is entitled to a decree of sale for the Subject Property in order to enforce its tax liens.

WHEREFORE, the United States respectfully requests the following relief:

A. Judgment in favor of the United States and against Mr. Buller for his unpaid federal tax liabilities, in the total amount of $654,267.89 as of April 9, 2018, plus any additional interest or statutory additions as provided by law and minus any payments or credits;

B. Judgment recognizing that by virtue of the assessments described in paragraph 34, above, the United States has valid and subsisting federal tax liens on all

property and rights to property belonging to Mr. Buller, whether real or personal, wherever located, and whether presently held or hereinafter acquired, expressly including the Subject Property;

C.  That the federal tax liens on the Subject Property are foreclosed, that the Subject Property shall be sold, and that the proceeds from the sale shall be distributed in accordance with the Court's findings as to the validity and priority of the liens and claims of all parties;

D.  That the United States shall be granted any other and further relief as is just and proper.

Dated: April 2, 2018

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Boris Bourget
BORIS BOURGET (OSB# 172172)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-307-2182 (v)
202-307-0054 (f)
Boris.Bourget@usdoj.gov

Of Counsel:
BILLY J. WILLIAMS
U.S. Attorney, District of Oregon

Attorneys for the United States of America

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

**DEFENDANTS**

**(b)**  County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government
         Plaintiff
- ☐ 2   U.S. Government
         Defendant
- ☐ 3   Federal Question
         *(U.S. Government Not a Party)*
- ☐ 4   Diversity
         *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                 *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury  - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1   Original Proceeding
- ☐ 2   Removed from State Court
- ☐ 3   Remanded from Appellate Court
- ☐ 4   Reinstated or Reopened
- ☐ 5   Transferred from Another District *(specify)*
- ☐ 6   Multidistrict Litigation - Transfer
- ☐ 8   Multidistrict Litigation - Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:       ☐ Yes    ☐No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*
_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____                     _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*


                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| _____ )<br>_Plaintiff(s)_ )<br>v. )<br> )<br> )<br>_____ )<br>_Defendant(s)_ ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. |
| _____ | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. |
| _____ | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | )<br>)<br>)<br>) | |
|---|---|---|
| _____<br>*Plaintiff(s)*<br>v.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____              _____
                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|                                              |     |                          |
|----------------------------------------------|-----|--------------------------|
|                                              | )   |                          |
|                                              | )   |                          |
|                                              | )   |                          |
|                                              | )   |                          |
| _____             | )   |                          |
| *Plaintiff(s)*                               | )   |                          |
| v.                                           | )   | Civil Action No.         |
|                                              | )   |                          |
|                                              | )   |                          |
|                                              | )   |                          |
| _____             | )   |                          |
| *Defendant(s)*                               | )   |                          |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____          _____
                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No. |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*
                                                                                    .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____

                                        _____
                                                  *Server's signature*

                                        _____
                                                *Printed name and title*

                                        _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| _____<br>*Plaintiff(s)*<br>v.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____           _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td rowspan="6" style="text-align:center"><br><br><br>_____<br><i>Plaintiff(s)</i><br>v.<br><br><br>_____<br><i>Defendant(s)</i></td><td>)</td><td rowspan="6"><br><br><br>Civil Action No.</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: